# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 APR -4  PM 3: 53

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

LUIS MOISES CASTRO (1),

                Defendant.

CASE NO. 12cr5080-BEN

BY____ au

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

21:952 and 960; 18:2 -Importation of Methamphetamine and Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/3/13

Barbara L. Major
U.S. Magistrate Judge